AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| ROBERT JACOB HOOPES | ) Case No. 3:25-mj-00212 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBERT JACOB HOOPES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a), (b) – Aggravated Assault of a Federal Officer with a Dangerous Weapon

18 U.S.C. § 1361 – Depredation of Federal Property Exceeding $1,000

Date: July 24, 2025

*Youlee Yim You*
Issuing officer's signature

City and state:   Portland, Oregon          Honorable Youlee Yim You, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 07/24/2025, and the person was arrested on *(date)* 07/25/2025
at *(city and state)* Portland, OR.

Date: 07/25/2025

*[signature]*
Arresting officer's signature

SA Michael Kern
Printed name and title